**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      *Jetall Companies, Inc. v. Plummer*

Appellate case number:   01-18-01091-CV

Trial court case number:  2016-00143

Trial court:                    281st District Court of Harris County

Appellant Jetall Companies, Inc. filed a motion for en banc reconsideration of this Court's October 6, 2020 opinion. The motion for reconsideration en banc is **denied**.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                         Acting for the Court

En Banc Court consists of Chief Justice Radack, and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date:  December 15, 2020